

<table>
<tr><td>ZACHARY W. CARTER<br><i>Corporation Counsel</i></td><td align="center">THE CITY OF NEW YORK<br><b>LAW DEPARTMENT</b><br>100 CHURCH STREET<br>NEW YORK, NY 10007</td><td>Andrew T. Williamson<br>Phone: (212) 356-2475<br>Fax: (212) 356-1148<br>anwillia@law.nyc.gov</td></tr>
</table>

April 1, 2019

**By ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

      Re:  <u>Gurin v. New York City Health & Hospitals Corporation</u>,
           18-CV-10984 (LGS)

Dear Judge Schofield:

      I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and attorney for Defendant in the above-referenced action.

      I write on behalf of both parties to respectfully request, if the Court finds the enclosed acceptable, that Your Honor "so order" the enclosed Stipulation of Dismissal.

      Thank you for your consideration of this request.

      Respectfully submitted,

      /s/
      Andrew T. Williamson
      Assistant Corporation Counsel

cc:  **By ECF**
     William Gurin
     Pro se Plaintiff
     190 Westminster Road
     Brooklyn, New York 11218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

WILLIAM GURIN,

                                            Plaintiff,

- against -

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

                                            Defendants.

------------------------------------------------------------------------ X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

18-CV-10984 (LGS)

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff William Gurin ("Plaintiff"), proceeding pro se, and Defendant New York City Health and Hospitals Corporation ("Defendant"), as represented by the attorney below, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action as against Defendant be, and it hereby is, withdrawn, discontinued, and dismissed with prejudice.

Dated:     New York, New York
             March _26_, 2019

William Gurin
Pro se Plaintiff
190 Westminster Road
Brooklyn, New York 11218

By: _____
William Gurin

**ZACHARY W. CARTER**
Corporation Counsel of the
City of New York
Attorney for Defendant
100 Church Street, Room 2-300
New York, New York 10007-2601
(212) 356-2475
anwillia@law.nyc.gov

By: _____
Andrew Williamson
Assistant Corporation Counsel